**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ANDREW KOTELES | ) | BK NO. 17-23972 JAD |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor, | ) | |
| Movant | ) | Related to Docket No. 9 |

## ORDER

And Now, this __17th__ day of October, 2017 it is hereby Ordered, Adjudged and Decreed, the Court hereby grants an added __10__ days or until __October 27__, 2017 for the Debtor to complete his Bankruptcy Petition and Plan.

BY THE COURT:

_____ sjk
JEFFERY A. DELLER
United States Bankruptcy Judge

FILED
10/17/17 9:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Andrew Koteles
      Debtor

Case No. 17-23972-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Oct 17, 2017
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db            +Andrew Koteles,    130 Demar Boulevard,    Canonsburg, PA 15317-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
           Jeffrey S. Golembiewski     on behalf of Debtor Andrew  Koteles jgolembiewski@yahoo.com,
            denisegole@yahoo.com
           Joshua I. Goldman     on behalf of Creditor     JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                                         TOTAL: 4