## UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy Case No. 17-23972 JAD |
| ANDREW KOTELES, | Chapter 13 |
| Debtor. | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk of the United States Bankruptcy Court:

Kindly enter my appearance on behalf of creditors Steve and Linda Levandosky in the above-captioned bankruptcy proceedings and index the same on the master mailing list.

Respectfully submitted,

Dated: October 27, 2017

/s/ *Christopher P. Furman, Esquire*
Christopher P. Furman, Esq.
*cpfurman@gmail.com*
Pennsylvania Bar No. 89822
Makel & Associates, LLC
98 E. Maiden Street
Washington, PA 15301
Phone: (724) 222-7639

*Attorney for Creditors Steve and Linda Levandosky*