## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ANDREW KOTELES** | ) | BK NO. 17-23972 JAD |
| | ) | |
| **Debtor** | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | Docket No. 16 |

### AFFIDAVIT OF NO EMPLOYEE INCOME PAYSTUBS

I, Jeffrey S. Golembiewski, do hereby swear under the penalty of perjury that the Debtor, Andrew Koteles does not have employee paystubs for the required six (6) month period because he is self-employed as a mechanic and, therefore, does not have any pay stubs to submit. The foregoing is true and correct to the best of my knowledge, information and belief.

Date: October 30, 2017    /s/ Jeffrey S. Golembiewski
Jeffrey S. Golembiewski
Attorney for Debtor
225 S. Maple Avenue, Suite A
Greensburg, PA 15601
Phone: (724) 832-0200
Facsimile: (724) 832-0211

PA ID# 64373