**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **ANDREW KOTELES** | ) | BK NO. 17-23972 JAD |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor, | ) | |
| Movant | ) | Related to Docket No. 17 |

## ORDER

And Now, this __31st__ day of October, 2017 it is hereby Ordered, Adjudged and Decreed, the Court hereby grants until _____November 6_____, 2017 for the Debtor to complete his Bankruptcy Schedules and Chapter 13 Plan.

BY THE COURT:

_____ sjk
JEFFERY A. DELLER
United States Bankruptcy Judge

FILED
10/31/17 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 17-23972-JAD
Andrew Koteles                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 1      Date Rcvd: Oct 31, 2017
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.
db          +Andrew Koteles,   130 Demar Boulevard,   Canonsburg, PA 15317-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:
            Christopher P. Furman   on behalf of Creditor Linda  Levandosky cpfurman@gmail.com
            Christopher P. Furman   on behalf of Creditor Steve  Levandosky cpfurman@gmail.com
            Jeffrey S. Golembiewski   on behalf of Debtor Andrew  Koteles jgolembiewski@yahoo.com,
             denisegole@yahoo.com
            Joshua I. Goldman   on behalf of Creditor   JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
            Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
            T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
             Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                                              TOTAL: 7