MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Koteles                               (JAD)/TPA/CMB/GLT

Case Number: 17-23972

Date of Meeting: 1/29/18          Recording # 7
Debtor(s) present ✓ or Not Present ,  (__No Payments Made or ✓ partial payments)
Attorney for debtor(s) Golembiewski  (Present ✓ or Not Present __)
Date of Plan at § 341: 11/3/17  Applicable commitment period __3 yrs ✓5 yrs

– Palmer for Pa Dept Revenue
  All returns filed.

– Furman for Lewandowsky

Business Questionnaire & operating reports
Asked for 2016 1040 & Business return
2017 1040 & Business return
when available.
& Depreciation schedule.

1995 Monte Carlo – worth ~19K
  Need amended B.

Need 2016 & 2017 returns

____ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD              ____ Order to Show Cause Requested
                                   ____ To be rescheduled by Clerk

✓ Confirmation Order recommended ____Final ✓ Interim
____ Amended Plan due:_____; Objections due:_____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
____ 341 Meeting  /OR ✓ Conciliation Conf. OR ____ *Contested Hearing
On 5/10/18  at 3:00  am/pm Location_____

Chapter 13 Trustee/Attorney for Trustee