### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-23972-JAD |
| | : | |
| | : | CHAPTER 13 |
| ANDREW KOTELES | : | |
| Debtor | :, | |

******************************************************************

| | | |
|---|---|---|
| RONDA J. WINNECOUR, Chapter 13 | : | Docket No. |
| Trustee, | : | Related to Docket Nos. |
| Movant s | : | |
| vs. | : | Hearing Date and Time: |
| | : | Wednesday, April 3, 2019 at 10:00 A.M. |
| ANDREW KOTELES | : | |
| | : | |
| Respondent | : | |

### RESPONSE TO MOTION FOR STATUS CONFERENCE

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted in part. By way of further Answer, Attorney Golembiewski has been experiencing a myriad of personal, financial, and medical issues that have hindered his ability to practice. Consequently, he is in the process of winding up his practice.

6. Respondent avers there is no response required to the Movant's paragraph 6.

**WHEREFORE**, Counsel for the Debtor so reports.

Date: March 13, 2019

Respectfully submitted,

/s/ Jeffrey S. Golembiewski
PA I.D. #64373
254 Miller Farm Road
Uniontown PA 15401
Ph: (724) 322-4893