# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

**Conciliation Conference:**

- Debtor: Andrew Koteles
- Case Number: 17-23972-JAD    Chapter: 13
- Date / Time / Room: WEDNESDAY, APRIL 03, 2019 10:00 AM    COURTROOM D
- Bankruptcy Judge: JEFFERY A. DELLER
- Courtroom Clerk: SCOTT KOZAR
- Reporter / ECR: N/A

**Matter:**

Trustee's Motion For Status Conference filed by Ronda J. Winnecour, Chapter 13 Trustee - Response Filed 3/14/2019 by Debtor @ Doc. #51 [Due 3/14/2019]

R / M #: 49

**Appearances:**

- TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
- DEBTOR(S):
- CREDITOR:

**Proceedings:**

- ___ Motion Is GRANTED / DENIED
- ___ Special Type Of Order:
- ___ CONTINUE MATTER:
  - ___ For At Least _____ Days (Court To Issue Scheduling Order)
  - ___ To Hearing Date Of _____ at _____ AM/PM at _____
  - ___ To Conciliation Conference For _____ at _____ AM/PM at _____
- ___ ISSUE EVIDENTIARY HEARING NOTICE
  - ___ Evidentiary Hearing On Value And Cram-Down Interest
  - ___ Complex / Pretrial Order - NONJURY / JURY
  - ___ Simple / Pretrial Order - NONJURY / JURY
  - ___ Parties To Undertake Discovery - Discovery Period: _____ days
- ___ SETTLEMENT STIPULATION IS DUE _____
- ✓ OTHER: Status held and concluded.

FILED
4/3/19 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge