IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN Re: Andrew Koteles<br>　　　　Debtor, | Case No. 17-23972-JAD |
| Justin P. Schantz, proposed Substitute<br>Counsel for Debtors<br>　　　　Movant,<br>vs. | Chapter 13<br>Related to Document No. 52<br><br>Docket Document No.  53 |
| Office of the Chapter 13 Trustee, Office<br>Of the United States Trustee,<br>　　　　Respondents | |

ORDER OF COURT

AND NOW, this ___11th___ day of ___April___, 2019, upon consideration of proposed Substitute Counsel Justin P. Schantz's Motion to Extend time to file Motion to Substitute Counsel, it is hereby ODERED that said Motion is granted. A Motion to Substitute Counsel in this case is due on or before April 12, 2019.

BY THE COURT:

_____ sjk

Jeffery A. Deller, Judge

FILED
4/11/19 8:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23972-JAD
Andrew Koteles                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam            Page 1 of 1        Date Rcvd: Apr 11, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db             +Andrew Koteles,    130 Demar Boulevard,    Canonsburg, PA 15317-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
              Christopher P. Furman    on behalf of Creditor Steve  Levandosky cpfurman@gmail.com
              Christopher P. Furman    on behalf of Creditor Linda  Levandosky cpfurman@gmail.com
              James Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Jeffrey S. Golembiewski    on behalf of Debtor Andrew  Koteles jgolembiewski@yahoo.com,
               denisegole@yahoo.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
              Joshua I. Goldman    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Justin P. Schantz    on behalf of Debtor Andrew  Koteles jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
               Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                             TOTAL: 11