UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrew Koteles, | Case No. 17-23972-JAD |
| | Chapter 13 |
| Debtor, | Docket Document No. 58 |
| | Related to Docket Document No. 55, 56 |
| Andrew Koteles, | |
| Movant, | |
| V. | |
| No. Respondents, | |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTOR'S MOTION FOR LEAVE TO SUBSTITUTE ATTORNEY**

The undersigned hereby certifies that, as of May 6, 2019 no answer, objection or other responsive pleading to Debtor's Motion to Substitute Attorney filed at Docket Document 55 and served on April 12, 2019 at Docket Document 55 has been received.  The undersigned further certifies that the Court's docket in this case was reviewed May 6, 2019 at approximately 12:19 PM and no answer, to it appears thereon. Pursuant to the Order Setting Hearing filed on April 12, 2019 at Docket Document No.56 objections to the Debtors' Motion to Substitute Attorney were to be filed and served no later than May 2, 2019. It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 550 is granted.

Dated: May 6, 2019

By:    /s/ Justin P. Schantz
David A. Colecchia, Esquire
Law Care
324 S. Maple Ave.
Greensburg, PA 15601-3219
(724) 837-2320
PA ID No. 210198
jschantz@my-lawyers.us