**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Andrew Koteles**
Debtor(s)

Bankruptcy Case No.: 17–23972–JAD

Chapter: 13
Docket No.: 60 – 59

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

Jeffrey S. Golembiewski, Esq. has been removed as attorney from this case and will not receive any future notifications.

The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: May 9, 2019

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew Koteles  
    Debtor

Case No. 17-23972-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: May 09, 2019  
Form ID: 143     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2019.  
aty    +Jeffrey S. Golembiewski,    225 South Maple Avenue, Suite A,    Greensburg, PA 15601-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2019 at the address(es) listed below:

    Christopher P. Furman    on behalf of Creditor Steve Levandosky cpfurman@gmail.com  
    Christopher P. Furman    on behalf of Creditor Linda Levandosky cpfurman@gmail.com  
    James Warmbrodt    on behalf of Creditor JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com  
    Jeffrey S. Golembiewski    on behalf of Debtor Andrew Koteles jgolembiewski@yahoo.com, denisegole@yahoo.com  
    Jill Locnikar    on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov  
    Joshua I. Goldman    on behalf of Creditor JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com  
    Justin P. Schantz    on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
    S. James Wallace    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
    T. Lawrence Palmer    on behalf of Creditor T. Lawrence Palmer Office of Attorney General, Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov, MarkSPalmerPC@aol.com  
    TOTAL: 11