UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Andrew Koteles,

             Debtor,

Andrew Koteles,

             Movant,

     V.

Peoples Natural Gas Company, U.S.
Department of the Treasury, Ashley Funding
Services LLC, Pennsylvania Department of
Revenue, Craig Dean Koteles, Internal Revenue
Service, JPMC Specialty Mortgage LLC,
Kimberly Koteles, Steve and Linda
Levandowsky, Washington Hospital, Office of
the United States Trustee, Ronda J. Winnecour
Chapter 13 Trustee,

             Respondents,

Case No. 17-23972-JAD
Chapter 13
Docket Document No.
Related to Docket Document No. 55

**DEFAULT O/E JAD**

ORDER OF COURT

       AND NOW, this _____9th_____ day of _____May_____, 2019, upon
consideration of Debtors' Motion to Substitute Counsel, it is hereby ORDERED that Debtor's
Motion is GRANTED.  The firm of David A Colecchia and Associates, and specifically
attorney Justin P. Schantz, are hereby substituted as the attorneys for the Debtors in their
Chapter 13 Case.  It is further ORDERED that substitute counsel is entitled to all remaining
"no-look" fees not previously distributed to former counsel from the date of this Order
forward.

       Prepared by:  Justin P. Schantz, Esq.

BY THE COURT:

Jeffery A. Deller, Judge   **sjk**

FILED
5/9/19 12:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-23972-JAD
Andrew Koteles                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam            Page 1 of 1              Date Rcvd: May 09, 2019
                              Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
db              +Andrew Koteles,   130 Demar Boulevard,   Canonsburg, PA 15317-2216
                +Jeffrey S. Golembiewski,   225 South Maple Avenue, Suite A,   Greensburg, PA 15601-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019

Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
            Christopher P. Furman   on behalf of Creditor Steve  Levandosky cpfurman@gmail.com
            Christopher P. Furman   on behalf of Creditor Linda  Levandosky cpfurman@gmail.com
            James  Warmbrodt   on behalf of Creditor   JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
            Jeffrey S. Golembiewski   on behalf of Debtor Andrew  Koteles jgolembiewski@yahoo.com,
             denisegole@yahoo.com
            Jill  Locnikar   on behalf of Creditor   United States of America Department of the Treasury,
             Internal Revenue Service jill.locnikar@usdoj.gov,
             patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
            Joshua I. Goldman   on behalf of Creditor   JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
            Justin P. Schantz   on behalf of Debtor Andrew  Koteles jschantz@my-lawyers.us,
             colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
             no@my-lawyers.us;ekudlock@my-lawyers.us
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
            S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
             Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
            T. Lawrence Palmer   on behalf of Creditor T. Lawrence Palmer  Office of Attorney General,
             Pennsylvania Department of Revenue lpalmer@attorneygeneral.gov,  MarkSPalmerPC@aol.com
                                                                                               TOTAL: 11