Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Andrew Koteles**
  Debtor(s)

Bankruptcy Case No.: 17–23972–JAD
Doc. No. 66
Chapter: 13
Docket No.: 70 – 66
Concil. Conf.: March 19, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 18, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 3, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 19, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 3, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew Koteles  
    Debtor

Case No. 17-23972-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 2     Date Rcvd: Jan 03, 2020  
                     Form ID: 410     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2020.

```
db              +Andrew Koteles,    130 Demar Boulevard,    Canonsburg, PA 15317-2216
cr              +Office of Attorney General, Pennsylvania Departmen,    Office of Attorney General,
                  5th Floor, Manor Complex,    564 Forbes Avenue,    Pittsburgh, PA 15219-2992
cr              +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                  U.S. Post Office & Courthouse,    700 Grant Street, Suite 4000,    Pittsburgh, PA   15219,
                  U.S.A. 15219-1956
14704093         Commonwealth of Pennsylvania,    Department of Revenue,    Harrisburg, PA 17203
14704094         Craig Dean  Koteles,    Canonsburg, PA 15317
14704095        +Internal Revenue Service,    P.O. Box 682,    Pittsburgh, PA 15230-0682
14826017        +JPMC Specialty Mortgage LLC,    c/o Chase Records Center,    Attn: Correspondence Mail,
                  Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14704096        +Kimberly Koteles,    130 Demar Avenue,    Canonsburg, PA 15317-2216
14720449        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14704097        +Steve and Lida Levandowsky,    P.O. Box 6,    Finleyville, PA 15332-0006
14704098        +Steve and Linda Levandowsky,    P.O. Box 6,    Finleyville, PA 15332-0006
14704099        +Washington Hospital,    155 Wilson Avenue,    Washington, PA 15301-3398
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14790036         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2020 02:46:33
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
14712754         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 04 2020 02:33:36
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
                                                                                              TOTAL: 2
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMC Specialty Mortgage LLC
cr              JPMORGAN CHASE BANK, N.A
cr              Linda Levandosky
cr              Steve Levandosky
14704092        Chase Mortgage,    4615 Vision Drive,    Mason, OH
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 5, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2020                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2020 at the address(es) listed below:

```
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania
               Department of Revenue akovalchick@attorneygeneral.gov
              Christopher P. Furman    on behalf of Creditor Linda  Levandosky cpfurman@gmail.com
              Christopher P. Furman    on behalf of Creditor Steve  Levandosky cpfurman@gmail.com
              James  Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Joshua I. Goldman    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Justin P. Schantz    on behalf of Debtor Andrew  Koteles jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us
```

```
District/off: 0315-2          User: msch              Page 2 of 2            Date Rcvd: Jan 03, 2020
                              Form ID: 410            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                                                        TOTAL: 11