IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| ANDREW KOTELES | ) | Bankruptcy No.: 17-23972-JAD |
| Debtors | ) | Chapter 13 |
| | | |
| STEVE LEVANDOSKY and LINDA LEVANDOSKY, his wife, | ) ) ) | |
| Movants | ) ) | |
| vs. | ) ) | No.: |
| ANDREW KOTELES, | ) ) | |
| Respondent | ) ) | |
| vs. | ) ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) ) | |
| Trustee. | ) | |

## **PRAECIPE FOR APPEARANCE**

TO:  Clerk of the Bankruptcy Court

   Please enter my appearance on behalf of Steve Levandosky and Linda Levandosky, creditors in the above-captioned case.

Dated:  February 27, 2020                  /s/ Neil J. Marcus, Esquire
                             Neil J. Marcus, Esquire
                             Attorney for Petitioners
                             Steve and Linda Levandosky
                             P.O. Box 652
                             Monongahela, PA 15063
                             724-258-8444
                             neiljmarcus@comcast.net
                             Pa. I.D. 23432