IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| ANDREW KOTELES | ) | Bankruptcy No.: 17-23972-JAD |
| Debtors ) | | Chapter 13 |
| | | |
| STEVE LEVANDOSKY and LINDA | ) | |
| LEVANDOSKY, his wife, | ) | |
| | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | No.: |
| | ) | |
| ANDREW KOTELES, | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONDA J. WINNECOUR, TRUSTEE, | ) | |
| | ) | |
| Trustee. | ) | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF STEVE and LINDA LEVANDOSKY FOR RELIEF FROM STAY

TO THE RESPONDENT:

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than March 9, 2020, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

     A hearing will be held on Wednesday, March 18, 2020 at 10:00 a.m. before Judge Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: February 27, 2020

                    /s/ Neil J. Marcus, Esquire
                    Neil J. Marcus, Esquire
                    Attorney for the Movants

                    P.O. Box 652
                    Monongahela, PA 15063

                    724-258-8444

                    neiljmarcus@comcast.net

                    Attorney I.D. No.: 23432