IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANDREW KOTELES                )     Bankruptcy No.:  17-23972-JAD
                    Debtors    )     Chapter 13


STEVE LEVANDOSKY and LINDA     )
LEVANDOSKY, his wife,          )
                               )
                    Movants    )
                               )
vs.                            )     No.:
                               )
ANDREW KOTELES,                )
                               )
                    Respondent )
                               )
vs.                            )
                               )
RONDA J. WINNECOUR, TRUSTEE,   )
                               )
                    Trustee.   )

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF STEVE and LINDA LEVANDOSKY FOR RELIEF FROM STAY

TO THE RESPONDENT:

You are hereby notified that the above Movants seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than March 9, 2020, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on Wednesday, March 18, 2020 at 10:00 a.m. before Judge Deller in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.   Only a limited time of 10 minutes is being provided on the calendar.  No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:  March 2, 2020

 /s/ Neil J. Marcus, Esquire
Neil J. Marcus, Esquire
Attorney for the Movants

P.O. Box 652
Monongahela, PA  15063

724-258-8444

neiljmarcus@comcast.net

Attorney I.D. No.:  23432

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANDREW KOTELES                              )          Bankruptcy No.:  17-23972-JAD
                            Debtors         )          Chapter 13


STEVE LEVANDOSKY and LINDA                  )
LEVANDOSKY, his wife,                       )
                                            )
                            Movants         )
                                            )
vs.                                         )          No.:
                                            )
ANDREW KOTELES,                             )
                                            )
                            Respondent      )
                                            )
vs.                                         )
                                            )
RONDA J. WINNECOUR, TRUSTEE,                )
                                            )
                            Trustee.        )


## CERTIFICATE OF SERVICE

I, Neil J. Marcus, Esquire, do hereby certify that I served a true
and correct copy of the within
**NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF
STEVE and LINDA LEVANDOSKY FOR RELIEF FROM STAY**
upon the following by first-class mail this 2nd day of March, 2020 addressed

as follows:

The Honorable Jeffery A. Deller
United States Bankruptcy Court
54th Floor, U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219

Ronda J. Winnecour, Trustee
Suite 3250 U.S. Steel Bldg.
600 Grant Street
Pittsburgh, PA  15219
cmecf@chapter13trusteewdpa.com

Jana Pail, Chapter 13 Trustee
Suite 3250, U.S. Steel Bldg.
600 Grant Street
Pittsburgh, PA  15219
jpail@chapter13trusteewdpa.com

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Justin P. Schantz, Esquire
324 South Maple Avenue
Greensburg, PA 15601
Attorney for Debtor, Andrew Koteles
jschantz@my-lawyers.us


   /s/ Neil J. Marcus, Esquire
Neil J. Marcus, Esquire
Attorney for Petitioners
Steve & Linda Levandosky
P.O. Box 652
Monongahela, PA  15063
724-258-8444
neiljmarcus@comcast.net
Pa. I.D.  23432