**Form RSC2 (Reschedule Conciliation/COD)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Andrew Koteles**
   Debtor(s)

Bankruptcy Case No.: 17–23972–JAD
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 19, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 18, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-23972-JAD
Andrew Koteles                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: llea            Page 1 of 2            Date Rcvd: Mar 18, 2020
                                Form ID: RSCcon       Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2020.
db         +Andrew Koteles,   130 Demar Boulevard,   Canonsburg, PA 15317-2216
cr         +Office of Attorney General, Pennsylvania Departmen,   Office of Attorney General,
             5th Floor, Manor Complex,   564 Forbes Avenue,   Pittsburgh, PA 15219-2992
cr         +United States of America Department of the Treasur,   c/oOffice of U.S. Atty for W.D. of PA,
             U.S. Post Office & Courthouse,   700 Grant Street, Suite 4000,   Pittsburgh, PA  15219,
             U.S.A. 15219-1956
14704093    Commonwealth of Pennsylvania,   Department of Revenue,   Harrisburg, PA 17203
14704094    Craig Dean  Koteles,   Canonsburg, PA 15317
14704095   +Internal Revenue Service,   P.O. Box 682,   Pittsburgh, PA 15230-0682
14826017   +JPMC Specialty Mortgage LLC,   c/o Chase Records Center,   Attn: Correspondence Mail,
             Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
14704096   +Kimberly Koteles,   130 Demar Avenue,   Canonsburg, PA 15317-2216
14720449   +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14704097   +Steve and Lida Levandowsky,   P.O. Box 6,   Finleyville, PA 15332-0006
14704098   +Steve and Linda Levandowsky,   P.O. Box 6,   Finleyville, PA 15332-0006
14704099   +Washington Hospital,   155 Wilson Avenue,   Washington, PA 15301-3398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14790036    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2020 04:43:51
             Ashley Funding Services, LLC its successors and,   assigns as assignee of Laboratory,
             Corporation of America Holdings,   Resurgent Capital Services,   PO Box 10587,
             Greenville, SC 29603-0587
14712754    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 19 2020 04:47:16
             Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         JPMC Specialty Mortgage LLC
cr         JPMORGAN CHASE BANK, N.A
cr         Linda Levandosky
cr         Steve Levandosky
14704092   Chase Mortgage,   4615 Vision Drive,   Mason, OH
cr*        +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 5, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2020 at the address(es) listed below:
              Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania
               Department of Revenue akovalchick@attorneygeneral.gov
              Christopher P. Furman    on behalf of Creditor Linda  Levandosky cpfurman@gmail.com
              Christopher P. Furman    on behalf of Creditor Steve  Levandosky cpfurman@gmail.com
              James  Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Joshua I. Goldman    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com
              Justin P. Schantz    on behalf of Debtor Andrew  Koteles jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjulia
               no@my-lawyers.us;ekudlock@my-lawyers.us

```
District/off: 0315-2           User: llea                  Page 2 of 2                  Date Rcvd: Mar 18, 2020
                               Form ID: RSCcon             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A pabk@logs.com
         Neil J. Marcus    on behalf of Creditor Linda    Levandosky neiljmarcus@comcast.net
         Neil J. Marcus    on behalf of Creditor Steve    Levandosky neiljmarcus@comcast.net
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                       TOTAL: 13