# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| ANDREW KOTELES, | : Bankruptcy No. **17-23972JAD** |
| | : |
| Debtor(s). | : Chapter 13 |
| ************************************************ | : |
| | : Related to |
| | : Documents No. 81 and 91 |

## ORDER

**AND NOW**, this **29th** day of **April, 2020**, a hearing having been held on 4/29/2020 on the *Motion For Relief From Automatic Stay filed by Steve and Linda Levandosky,*

It is hereby **ordered** that the hearing on said matter (Doc. #81) is **continued** to **July 8, 2020**, at 10:00 AM in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____sjk___
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

**CASE ADMINISTRATOR TO SERVE:**

Interested Parties

FILED
4/29/20 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00024380

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Andrew Koteles  
     Debtor

Case No. 17-23972-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Apr 29, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2020.  
db            +Andrew Koteles,   130 Demar Boulevard,    Canonsburg, PA 15317-2216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:

           Anthony T. Kovalchick    on behalf of Creditor    Office of Attorney General, Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov  
           Christopher P. Furman    on behalf of Creditor Steve  Levandosky cpfurman@gmail.com  
           Christopher P. Furman    on behalf of Creditor Linda  Levandosky cpfurman@gmail.com  
           James  Warmbrodt    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com  
           Jill  Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov  
           Joshua I. Goldman    on behalf of Creditor    JPMC Specialty Mortgage LLC bkgroup@kmllawgroup.com  
           Justin P. Schantz    on behalf of Debtor Andrew  Koteles jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
           Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, N.A pabk@logs.com  
           Neil J. Marcus    on behalf of Creditor Linda  Levandosky neiljmarcus@comcast.net  
           Neil J. Marcus    on behalf of Creditor Steve  Levandosky neiljmarcus@comcast.net  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                  TOTAL: 13