# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** ANDREW KOTELES
- **Case Number:** 17-23972-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 04, 2020 09:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#66 - Trustee's Certificate of Default to Dismiss
#78 - POP

#77 - Amended Plan Dated 2/18/2020 (FC)
R / M #: 66 / 0

FILED
6/8/20 8:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Appearances:

- **Debtor:** Schantz
- **Trustee:** Winnecour / Pail / Katz / ~~DeSimone~~ (circled)
- **Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **8-13-20** at **10:00** @ p60
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

pending relief from stay, need operating reports biz docs.

5/20/2020   12:01:36PM