Property address: 6231 PA-88 Finleyville, PA 15332

# Photo Report of Koteles Garage

## Site Inspection Date: 06/10/2020

## Inspector: Nathan Marcus, E.I.T.

## Prepared for: Levandosky v. Koteles Dispute

Property address: 6231 PA-88 Finleyville, PA 15332

Sign identifying business on front of lot on PA State Route 88



Page 2 of 70

Property address: 6231 PA-88 Finleyville, PA 15332



Mailbox with street address of property.  Mismatched unpainted wood holding it up.

Property address: 6231 PA-88 Finleyville, PA 15332



Overall view of the front of the property. Lot is unpaved. The gravel is thin. Parking spots are unpainted. Exterior lights were not confirmed to be operational during the site visit.

Property address: 6231 PA-88 Finleyville, PA 15332

Roof sagging is visible from the front view of the building's roof shingles.



Property address: 6231 PA-88 Finleyville, PA 15332



Extensive roof shingle wear and tear is evident from a rear view of the building facing towards PA SR-88

Property address: 6231 PA-88 Finleyville, PA 15332



Unrepaired damage at the lower corner of the roof.

Property address: 6231 PA-88 Finleyville, PA 15532

Brown flashing is pulling away from the roof line



Property address: 6231 PA-88 Finleyville, PA 15332



Trim pulling away from the building. External light above the trim was not confirmed to be operational.

Property address: 6231 PA-88 Finleyville, PA 15332



Wide overview of front lot. Note the holes, ruts, and defects in the parking lot.

Property address: 6231 PA-88 Finleyville, PA 15332

Damage to cement pad near front door.



Property address: 6231 PA-88 Finleyville, PA 15332



Cracking pavement near the access transition between SR-88 and Koteles Garage

Property address: 6231 PA-88 Finleyville, PA 15332



Loose pile of gravel near front parking spot. Note how thin the parking lot gravel is.

Page 13 of 70

Property address: 6231 PA-88 Finleyville, PA 15332

Additional cracking in the front parking lot.



Property address: 6231 PA-88 Finleyville, PA 15332



Overall view of front garage bays. Some damage at lower portions of brick pillars can be seen.

Property address: 6231 PA-88 Finleyville, PA 15332



Building damage and cracking between front garage bays.

Property address: 6231 PA-88 Finleyville, PA 15332



Building damage and cracking between front garage bays.

Property address: 6231 PA-88 Finleyville, PA 15332



Building damage and cracking between front garage bays.

Page 18 of 70

Property address: 6231 PA-88 Finleyville, PA 15332



Roof downspout is unsecured from the building. There is wall damage and pavement cracking in front of garage doors.

Property address: 6231 PA-88 Finleyville, PA 15332



Properly secured downspout on rear of building. However, note the uncut grass and weeds near building.

Property address: 6231 PA-88 Finleyville, PA 15332



Extremely rusty rear door in need of paint. Grass needs cut. Additional views of trim pulling away above rear garage doors.

Property address: 6231 PA-88 Finleyville, PA 15332

Wooden roof panels are in need of painting.



Rusty door. Unpainted trim.



Property address: 6231 PA-88 Finleyville, PA 15332

Property address: 6231 PA-88 Finleyville, PA 15332



Rusty door, unpainted trim, plants growing under trim.

Property address: 6231 PA-88 Finleyville, PA 15332

Damaged lower door plate view #1





Damaged lower door plate view #2

Property address: 6231 PA-88 Finleyville, PA 15332

Door striker plate damage



Property address: 6231 PA-88 Finleyville, PA 15332



Property address: 6231 PA-88 Finleyville, PA 15332

Bent / damaged wood around door frame.

Property address: 6231 PA-88 Finleyville, PA 15332

Overgrowth and debris near the white shed on the rear of the property.



Property address: 6231 PA-88 Finleyville, PA 15332



Overgrowth and debris near the white shed on the rear of the property. Notice the rear door condition.

Property address: 6231 PA-88 Finleyville, PA 15332



Rotting wood located around rear wooden door.

Property address: 6231 PA-88 Finleyville, PA 15332



Large burn mark in the ground adjacent to the rear white shed.

Property address: 6231 PA-88 Finleyville, PA 15332



Cracking above the front entry door adjacent to the property's front garage bays.

Page 33 of 70

Property address: 6231 PA-88 Finleyville, PA 15332



Extensive wear and tear on front entry door for customers. Rusty, needs repainted, damaged striker plate.

Property address: 6231 PA-88 Finleyville, PA 15332



Ceiling damage in main bay area.

Property address: 6231 PA-88 Finleyville, PA 15332

Ceiling damage in main bay area.





Ceiling damage in main bay area.

Property address: 6231 PA-88 Finleyville, PA 15332

Page 37 of 70

Property address: 6231 PA-88 Finleyville, PA 15332

Ceiling damage in main bay area.



Property address: 6231 PA-88 Finleyville, PA 15332

Ceiling damage in main bay area.



Property address: 6231 PA-88 Finleyville, PA 15532

Ceiling damage in main bay area.



Property address: 6231 PA-88 Finleyville, PA 15332



Ceiling damage in main bay area.

Property address: 6231 PA-88 Finleyville, PA 15332

Crooked shelving. Previously overloaded?



Property address: 6231 PA-88 Finleyville, PA 15332

Crooked shelving.  Previously overloaded?



Property address: 6231 PA-88 Finleyville, PA 15332



Highly loaded single circuit.

Property address: 6231 PA-88 Finleyville, PA 15332



Highly loaded single circuit.

Property address: 6231 PA-88 Finleyville, PA 15332



Burn mark or exhaust located on wall of the main bay.

Property address: 6231 PA-88 Finleyville, PA 15332



Only fire extinguishers found in the main bay placed in misc equipment pile on floor. Extinguishers not clearly marked where located.

Property address: 6231 PA-88 Finleyville, PA 15332

Missing light switch cover in rear white building.



Property address: 6231 PA-88 Finleyville, PA 15332



Missing light swtich cover in rear white building. Old partially charged fire extinguisher.

Property address: 6231 PA-88 Finleyville, PA 15332



Old partially charged fire extinguisher. Only fire suppression found in rear white building. Where burn mark was found in ground outside adjacent to the structure.

Property address: 6231 PA-88 Finleyville, PA 15332



Old partially charged fire extinguisher. Only fire suppression found in rear white building. Where burn mark was found in ground outside adjacent to the structure.

Property address: 6231 PA-88 Finleyville, PA 15332



Old partially charged fire extinguisher. Only fire suppression found in rear building.

Property address: 6231 PA-88 Finleyville, PA 15332



Old partially charged fire extinguisher. Only fire suppression found in rear building.

Property address: 6231 PA-88 Finleyville, PA 15332

Oil stain and floor cracking in rear white building.



Property address: 6231 PA-88 Finleyville, PA 15332



Oil spill absorbing material left on the floor in the rear white building.

Property address: 6231 PA-88 Finleyville, PA 15332



Open oil containers and oil spill absorbant material left on the floor.

Property address: 6231 PA-88 Finleyville, PA 15332

Cracking seen in shop floor area.



Property address: 6231 PA-88 Finleyville, PA 15332



Moderate damage to this main bay garage door.

Property address: 6231 PA-88 Finleyville, PA 15332



Dumpster located on the property. Mr. Koteles stated the dumpster is collected every Tuesday.

Property address: 6231 PA-88 Finleyville, PA 15532



Overgrowth and loose pallet near the property's utility connections.

Property address: 6231 PA-88 Finleyville, PA 15332

Overgrowth and weeds on the rear lot.



Property address: 6231 PA-88 Finleyville, PA 15332



Overgrowth and weeds on the rear lot.

Property address: 6231 PA-88 Finleyville, PA 15332



Overgrowth and weeds on the rear lot.



Property address: 6231 PA-88 Finleyville, PA 15332

Overgrowth and weeds on the rear lot.

Property address: 6231 PA-88 Finleyville, PA 15332



Overgrowth and weeds on the rear lot.

Property address: 6231 PA-88 Finleyville, PA 15332



Overgrowth and weeds on the rear lot.

Property address: 6231 PA-88 Finleyville, PA 15332

Debris pile in rear garage



Property address: 6231 PA-88 Finleyville, PA 15332



Oil spill on gravel in rear garage.

Property address: 6231 PA-88 Finleyville, PA 15332

Plant from the outside is growing into the rear storage building.



Wasp nest near rear entry door.



Property address: 6231 PA-88 Finleyville, PA 15332

Page 70 of 70