# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: ANDREW KOTELES
- Case Number: 17-23972-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, AUGUST 13, 2020 10:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#66 - Trustee's Certificate of Default to Dismiss
#78 - POP

#77 - Amended Plan Dated 2/18/2020 (FC)
R / M #: 66 / 0

**Appearances:**

- Debtor: Schentz
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor:

*Pending RS motion. Con lt for outcome*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12/17/20 @ 1:30pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
8/18/20 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

8/5/2020    1:05:15PM