IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Andrew Koteles<br>            Debtor, | Case No. 17-23972-JAD<br><br>Chapter 13 |
| Steve Levandosky and Linda Levandosky,<br>His wife<br>            Movants,<br>v.<br><br>Andrew Koteles and Ronda J. Winnecour<br>Chapter 13 Trustee,<br>            Respondents | Docket Document No.<br>Related to DD No. 81 & 104 |

ORDER OF COURT

AND NOW, this _____21st_____ day of _____October_____, 2020, upon consideration of the Debtor's Motion to Continue Evidentiary Hearing, and with the consent of Movants Steve Levandosky and Linda Levandosky, it is hereby ORDERED that Debtor's Motion is GRANTED.  The deadlines previously set by this Court in its Order at Docket Document No. 100 are hereby rescheduled as follows:

1. The parties shall file a joint stipulation of uncontested facts and identify those facts in dispute on or before _____December 2, 2020_____.

2. The parties shall file their pre-hearing briefs on or before _____December 2, 2020_____.

3. The parties shall file their proposed hearing exhibits and witness information on or before _____December 2, 2020_____.

4. The parties shall "register" all appearing parties (as that term is defined by Paragraph 3 of this Court's Order at DD No. 100) on or before _____December 2, 2020_____.

5. An evidentiary hearing on this matter is rescheduled for _____December 9, 2020_____, at __11:00__ A.M., to be conducted remotely using "Zoom".

All other provisions of this Court's prior Orders remain in full force and effect.

BY THE COURT:

_____sjk
Jeffery A. Deller, Judge
United States Bankruptcy Court
Western District of Pennsylvania

FILED
10/21/20 11:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 17-23972-JAD
Andrew Koteles                                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dkam                                 Page 1 of 2
Date Rcvd: Oct 21, 2020                Form ID: pdf900                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020                         Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:

**Name**                                    **Email Address**

Anthony T. Kovalchick
    on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com

Christopher P. Furman
    on behalf of Creditor Steve Levandosky cpfurman@gmail.com

Christopher P. Furman
    on behalf of Creditor Linda Levandosky cpfurman@gmail.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Joshua I. Goldman

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com  kevin.shatley@padgettlawgroup.com

Justin P. Schantz

on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us
colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Kevin Scott Frankel

on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com

Neil J. Marcus

on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus

on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com
Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

TOTAL: 13