IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrew Koteles<br>          Debtor, | Case No. 17-23792-JAD<br><br>Chapter 13 |
| Steve Levandosky and Linda Levandosky, His wife<br>          Movants,<br>v.<br><br>Andrew Koteles and Ronda J. Winnecour Chapter 13 Trustee,<br>          Respondents | Docket Document No. 110<br>Related to DD No. 100 |

RESPONDENT'S WITNESS AND EXHIBIT LIST

AND NOW Respondent Andrew Koteles, through attorney Justin P. Schantz, files the within list of Witnesses and Exhibits the Respondent intends to call for the evidentiary hearing scheduled for Wednesday, December 9, 2020:

| Name of Witness | Testimony subjects | Location | Other parties present? | Related Exhibits |
|---|---|---|---|---|
| Andrew Koteles | Source of income, rebuttal re: property condition | Counsel's office, Greensburg, PA | None expected | A |
| Merico Lignelli | Value of real property at issue | Appraiser's office, Monongahela, PA | None Expected | C |

The Respondent also intends to submit and use the following exhibits at the evidentiary hearing, which are filed under a separate docket entry per this Court's instructions:

| Exhibit Letter | Description | Date | Related Witness | Offered/Accepted |
|---|---|---|---|---|
| A | Debtor's filed Schedules I and J | 11/03/2017 | Andrew Koteles | |
| B | Proof of Claim, with Exhibits, filed by Steve and Linda Levandosky | 3/2/2018 | Steve and Linda Levandosky | |
| C | Appraisal of real property prepared by Merico Lignelli | 9/27/2020 | Merico Lignelli | |

WHEREFORE, the Debtor/Respondent so reports.

Date: December 1, 2020

/s/Justin P. Schantz
Justin P. Schantz, Esq.
David A. Colecchia and Associates
324 S. Maple Ave.
Greensburg, PA 15601-3219
724-837-2320
PA ID 210198
jschantz@my-lawyers.us