IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew Koteles,<br>　　Debtor | Case No. 17-23972-JAD<br>Chapter 13 |
| Steve Levandosky and Linda Levandosky,<br>His wife,<br>　　Movants<br><br>　　v.<br><br>Andrew Koteles and Ronda J. Winnecour,<br>Chapter 13 Trustee<br>　　Respondents | Docket Document No.<br>Related to DD No. 100 |

## CONSENT ORDER OF COURT

　　AND NOW, this _____ day of _____, this Court Orders as follows:

　　WHEREAS, this Court has an evidentiary hearing concerning the Movants' pending Motion for Relief from the Automatic Stay;

　　WHEREAS, Counsel for the Debtor/Movant has learned that the wife of Andrew Koteles, the Debtor and a listed witness in this evidentiary hearing, has contracted the novel Coronavirus, and as such Mr. Koteles is in quarantine;

　　WHEREAS, Mr. Koteles was to travel to the office of Debtor's Counsel to attend the evidentiary hearing, as he has no other reasonable method to attend and testify via ZOOM;

　　WHEREAS, due to the quarantine Mr. Koteles is no longer available to testify through no fault of his own;

　　WHEREAS, Counsel for the Debtor also recently has been exposed to the novel Cornavirus, and is in isolation;

　　WHEREAS, said Counsel for the Debtor is awaiting Coronavirus test results, but in the interim is suffering symptoms consistent with Coronavirus infection;

　　WHEREAS, Counsel for the Debtor does not believe he will be able to present his case in opposition to the Motion given his own illness and the absence of a witness for said case;

　　WHEREAS, due to these circumstances, Counsel for the Debtor believes a continuance of the evidentiary hearing is necessary under these unusual and extreme circumstances;

WHEREAS, Counsel for the Movant has been contacted concerning the relief requested, and said Counsel consents to a continuance of the hearing under these unusual circumstances;

NOW, THEREFORE, it is ordered that the evidentiary hearing for this matter is hereby RESCHEDULED for _____, at _____ \_\_.M.

All other provisions of this Court's prior orders shall remain in full force and effect.

CONSENTED TO BY:

/s/ Justin P. Schantz
Justin P. Schantz, Esq.
PA I.D. 210198
David A. Colecchia and Associates
324 S. Maple Avenue
Greensburg, PA 15601
(724)-837-2320
jschantz@my-lawyers.us

/s/ Neil J. Marcus
Neil J. Marcus, Esq.
PA I.D. 23432
P.O. Box 652
Monongahela, PA 15063
724-258-8444
neiljmarcus@comcast.net

BY THE COURT:

_____
Jeffery A. Deller, Judge