IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrew Koteles,<br>　　　Debtor | Case No. 17-23972-JAD<br>Chapter 13 |
| Steve Levandosky and Linda Levandosky,<br>His wife,<br>　　　Movants<br><br>　　　v.<br><br>Andrew Koteles and Ronda J. Winnecour,<br>Chapter 13 Trustee<br>　　　Respondents | Docket Document No.<br>Related to DD No. 81,105 and 117 |

CONSENT ORDER OF COURT

　　　AND NOW, this ___8th___ day of __December 2020__, this Court Orders as follows:

　　　WHEREAS, this Court has an evidentiary hearing concerning the Movants' pending Motion for Relief from the Automatic Stay;

　　　WHEREAS, Counsel for the Debtor/Movant has learned that the wife of Andrew Koteles, the Debtor and a listed witness in this evidentiary hearing, has contracted the novel Coronavirus, and as such Mr. Koteles is in quarantine;

　　　WHEREAS, Mr. Koteles was to travel to the office of Debtor's Counsel to attend the evidentiary hearing, as he has no other reasonable method to attend and testify via ZOOM;

　　　WHEREAS, due to the quarantine Mr. Koteles is no longer available to testify through no fault of his own;

　　　WHEREAS, Counsel for the Debtor also recently has been exposed to the novel Cornavirus, and is in isolation;

　　　WHEREAS, said Counsel for the Debtor is awaiting Coronavirus test results, but in the interim is suffering symptoms consistent with Coronavirus infection;

　　　WHEREAS, Counsel for the Debtor does not believe he will be able to present his case in opposition to the Motion given his own illness and the absence of a witness for said case;

　　　WHEREAS, due to these circumstances, Counsel for the Debtor believes a continuance of the evidentiary hearing is necessary under these unusual and extreme circumstances;

WHEREAS, Counsel for the Movant has been contacted concerning the relief requested, and said Counsel consents to a continuance of the hearing under these unusual circumstances;

NOW, THEREFORE, it is ordered that the evidentiary hearing for this matter is hereby RESCHEDULED for January 6, 2021, at 11:00 A.M. by ZOOM - Deller.

All other provisions of this Court's prior orders shall remain in full force and effect.

CONSENTED TO BY:

/s/ Justin P. Schantz
Justin P. Schantz, Esq.
PA I.D. 210198
David A. Colecchia and Associates
324 S. Maple Avenue
Greensburg, PA 15601
(724)-837-2320
jschantz@my-lawyers.us

/s/ Neil J. Marcus
Neil J. Marcus, Esq.
PA I.D. 23432
P.O. Box 652
Monongahela, PA 15063
724-258-8444
neiljmarcus@comcast.net

BY THE COURT:

sjk

_____
Jeffery A. Deller, Judge

FILED
12/8/20 4:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew Koteles  
    Debtor(s)

Case No. 17-23972-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com |
| Christopher P. Furman | on behalf of Creditor Steve Levandosky cpfurman@gmail.com |
| Christopher P. Furman | on behalf of Creditor Linda Levandosky cpfurman@gmail.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Joshua I. Goldman | |

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Justin P. Schantz

on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Kevin Scott Frankel

on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com

Neil J. Marcus

on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus

on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13