IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrew Koteles<br>           Debtor, | Case No. 17-23972-JAD<br><br>Chapter 13 |
| Steve Levandosky and Linda Levandosky,<br>His wife<br>           Movants,<br>v.<br><br>Andrew Koteles and Ronda J. Winnecour<br>Chapter 13 Trustee,<br>           Respondents | Docket Document No. 120<br>Related to DD No. 116 |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING
STIPULATIONS FOR 12/9 EVIDENTIARY HEARING**

The undersigned hereby certifies that agreement has been reached with the Movants and Respondent the NO MOTION FILED – stipulations of fact concerning 12/9 evidentiary hearing.

The signature requirements of W.Pa.L.B.R. 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

The attached document does not require a proposed Order.


Dated:  December 16, 2020            By: /s/Justin P. Schantz
                                     Justin P. Schantz, Esq.
                                     David A. Colecchia and Associates
                                     324 South Maple Ave.
                                     Greensburg, PA 15601-3219
                                     724-837-2320
                                     PA I.D. 210198
                                     jschantz@my-lawyers.us