# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** ANDREW KOTELES
- **Case Number:** 17-23972-JAD  **Chapter:** 13
- **Date / Time / Room:** THURSDAY, DECEMBER 17, 2020 01:30 PM  3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#66 - Trustee's Certificate of Default to Dismiss
#78 - POP

#77 - Amended Plan Dated 2/18/2020 (FC)
R / M #: 66 / 0

**Appearances:**

- Debtor: Colecchia
- Trustee: Winnecour / Pail / Katz / DeSimone
- Creditor:

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___
7. _X_ Plan/Motion continued to 1/6/21 at 11:00 Am
8. ___ An Amended Plan is to be served on all creditors and certificate of service filed by ___.
   Objections are due on or before ___.
   A hearing on the Amended Plan is set for ___ at ___
9. _XX_ Contested Hearing: ___ at ___
10. ___ Other:

Handwritten note: There is pending RS litigation in the case. However that turns out Trustee objects to the amended plan dated 2/18/20. The previously confirmed plan in the case had a §1325(a)(4) minimum of $96981.61. Debtor seeks to reduce the LAT to $1416.31 based on "mistake." Trustee objects to the reduction on Res Judicata grounds.

FILED
12/21/20 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

12/8/2020  11:14:39AM