IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Andrew Koteles<br>            Debtor, | Case No. 17-23972-JAD<br><br>Chapter 13 |
| Steve Levandosky and Linda Levandosky,<br>His wife<br>            Movants,<br>v.<br><br>Andrew Koteles and Ronda J. Winnecour<br>Chapter 13 Trustee,<br>            Respondents | Docket Document No.<br>Related to DD No. 81  and 134 |

## ORDER OF COURT

AND NOW, this 15th day of January, 2021, upon consideration of the Motion for Relief from the Automatic Stay filed by Steve Levandosky and Linda Levandosky, based on the findings of fact stated on the record at the evidentiary hearing of January 6, 2021, and for the reasons stated at that same evidentiary hearing, the Movant's Motion is GRANTED IN PART AND DENIED IN PART.  More specifically, while Relief from the Automatic Stay is GRANTED to Movants Steve and Linda Levandosky, said relief is STAYED so long as the Debtor makes full and complete Plan payments starting from the date of this Order forward.

This Court further ORDERS the following:

1. The Debtor shall file proof of insurance with this Court on or before January 13, 2021.

2. The Debtor shall serve unredacted copies of proof of insurance with Movant and the Chapter 13 Trustee on or before January 13, 2021, and shall file a Certificate of Service in conformity therewith.

3. The Debtor shall file an Amended Plan on or before January 13, 2021, and shall serve the same on all parties forthwith. Objections to this Plan shall be filed on or before February 11, 2021, and a conciliation conference shall be held on February 25, 2021 at 2:30 P.M. via Zoom.

4. To the extent objections to the Plan cannot be resolved at the time of the conciliation, a contested hearing on the Plan shall be held on March 3, 2021 at 10:00 A.M.. At that hearing, the parties shall identify the specific factual and legal issues that remain in dispute, and to the extent additional testimony is needed, an evidentiary hearing shall be scheduled for March 17, 2021 at 10:00 A.M. Unless otherwise ordered, all hearings shall be conducted using Zoom Video Conferencing Application ("Zoom").

5. The Debtor shall send full and complete Plan payments pursuant to the proposed Amended Plan to the Chapter 13 Trustee by the 21st of each month, beginning January 21, 2021.

6. If the Debtor's proposed Amended Plan is confirmed on a final basis, then the Debtor shall send full and complete Plan payments pursuant to that confirmed Plan to the Chapter 13 Trustee by the 21st of each month, beginning January 21, 2021.

7. If the Chapter 13 Trustee fails to receive a full and complete Plan payment by the end of each month, or if Steve and Linda Levandosky fail to receive any payment for a given month, upon affidavit of default by the Trustee or the Levandoskys, this Court shall grant relief from the automatic stay to the Movants without further notice or hearing.

8. This Order shall terminate when the Movant has been paid in full, as indicated by notice of the Chapter 13 Trustee pursuant to her normal operating procedures, unless the Movant objects to said notice. Any objections to the Trustee's notice shall be addressed through this Court's normal procedures.

9. Nothing in this order shall prohibit the Debtor from 'pre-paying' Plan payments, e.g. making two full Plan payments in one month, so long as the Debtor makes all Plan payments on or before the date they are due.

BY THE COURT:

_____ pgc
The Honorable Jeffery A. Deller
United States Bankruptcy Court

FILED
1/15/21 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23972-JAD |
| Andrew Koteles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

**Recip ID        Recipient Name and Address**
db            +  Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021                    Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

**Name**                **Email Address**

Anthony T. Kovalchick
                        on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov

Brian Nicholas
                        on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com

Christopher P. Furman
                        on behalf of Creditor Steve Levandosky cpfurman@gmail.com

Christopher P. Furman
                        on behalf of Creditor Linda Levandosky cpfurman@gmail.com

Jill Locnikar
                        on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Joshua I. Goldman

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Jan 15, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Justin P. Schantz

on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us

Kevin Scott Frankel

on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com

Neil J. Marcus

on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus

on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13