IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Andrew Koteles<br>            Debtor, | Case No. 17-23972-JAD<br><br>Chapter 13 |
| Andrew Koteles<br>            Movant,<br>v.<br><br>Pennsylvania Department of Revenue, Peoples Natural Gas Company LLC, Ashley Funding Services LLC, Steve and Linda Levandowsky, Internal Revenue Service, Ronda J. Winnecour Chapter 13 Trustee,<br>            Respondents | Docket Document No. 140<br>Related to DD Nos. 139 |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served the Notice of Proposed Modification to Confirmed Plan and Amended Plan at DD no. 139 and this Certificate of Service on the parties at the addresses specified below or on the attached list on February 1, 2021.

The type(s) of service made on the parties was:

**BY FIRST –CLASS MAIL:**

Ashley Funding Services LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**BY ELECTRONIC SERVICE THROUGH ECF:**

Kevin Scott Frankel on behalf of Creditor JPMORGAN CHASE BANK, N.A
pabk@logs.com

Christopher P. Furman on behalf of Creditors Steve and Linda Levandosky
cpfurman@gmail.com

Joshua I. Goldman on behalf of Creditor JPMC Specialty Mortgage LLC
bkgroup@kmllawgroup.com

PAWB Local Form 7 (07/13)

Anthony T. Kovalchick on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue
akovalchick@attorneygeneral.gov

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov

Neil J. Marcus on behalf of Creditors Steve and  Linda Levandosky
neiljmarcus@comcast.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

James Warmbrodt on behalf of Creditor JPMC Specialty Mortgage LLC
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


EXECUTED ON: February 1, 2021                    /s/Justin P. Schantz
                                                  Justin P. Schantz, Esquire
                                                  David A. Colecchia and Associates
                                                  324 S. Maple Avenue, Greensburg, PA 15601
                                                  724-837-2320
                                                  jschantz@my-lawyers.us
                                                   PA ID 210198


**PAWB Local Form 7 (07/13)**