# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           Bankruptcy No. 17-23972-JAD
    Andrew Koteles                          Chapter 13
        Debtor,

## NOTICE OF CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:    Craig Dean Koteles
    Incorrect Address:    Canonsburg, PA15317

Corrected Address:

    Creditor Name:    Craig Dean Koteles
    Correct Address:    130 Demar Boulevard
        Canonsburg, PA 15317

Dated: April 14, 2021

/s/Justin P. Schantz, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 210198
jschantz@my-lawyers.us