IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Andrew Koteles,
      Debtor,
JPMorgan Chase Bank, N.A.
      Movant,
  v.
Andrew Koteles.
      Respondent,

Case No. 17-23972-JAD
Chapter 13

## DECLARATION OF PLAN SUFFICIENCY FOR MORTGAGE PAYMENT CHANGE

1. The April 8, 2021 dated Notice of Mortgage Payment change filed by the Movant has been reviewed and the current Plan dated January 13, 2021 is sufficient to accommodate this change.

2. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor:

JPMorgan Chase Bank, N.A.
Chase Records Center, Attn.: Correspondence Mail
700 Kansas Lane Mail Code LA4-5555
Monroe, LA 71203

Office of the Chapter 13 Trustee
3250 U.S. Steel Building
Pittsburgh, PA 15219

Court claim number: ____7____ or (____) No claim filed.

By: /s/Justin P. Schantz, Esquire
Justin P. Schantz
Law Care
324 S. Maple Ave.
Greensburg, PA 15601
724-837-2320
PA ID 210198