IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>**ANDREW KOTELES,**<br><br>   Debtor(s). | Bankruptcy No. 17-23972-JAD<br><br>Chapter 13 |
| **ANDREW KOTELES,**<br><br>   Movant(s),<br><br>v.<br><br>**PENNSYLVANIA DEPARTMENT OF REVENUE, STEVE and LINDA LEVANDOWSKY, INTERNAL REVENUE SERVICE and and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE,**<br><br>   Respondent(s). | Related to Doc. No. 148 |

**ORDER**

**AND NOW**, this **3rd** day of **December, 2021**, whereas the Motion To Sell Property (Doc. No. 148) is scheduled for hearing on **January 5, 2022**, at **10:00 AM** (the "Sale Hearing"), and whereas hearings are to be held using the Zoom Video Conference Application ("Zoom") at this time pursuant to Standing Order 20-204 and the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller for Matters Scheduled On or After January 1, 2021*,[1] it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

---

[1] Please note that the Standing Order and the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller for Matters Scheduled On or After January 1, 2021* are available on the Court's website.

1

1. Counsel for the Movant(s) shall contact the original offeror and any known, potential bidders who may be interested in bidding at the Sale Hearing to: (1) advise that the hearing will be held by Zoom; and (2) provide them with the information necessary to connect and participate in the hearing through Zoom as set forth in more detail in the attached Notice to Bidders.[2]

2. **At least two business days before the Sale Hearing,** Counsel for Movant(s) shall file a certification with the Court confirming that the information was provided in compliance with this Order. Counsel is **not** required to disclose the identities of the parties contacted.

Dated: December 3, 2021

_____ sjk
The Honorable Jeffery A. Deller
United States Bankruptcy Judge

FILED
12/3/21 2:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

---

[2] The Notice to Bidders is designed to be posted at the Court to advise bidders of the Zoom video conference procedures in the event they did not receive advance notice. The Court understands that Counsel for Movant(s) may not know the identities of all interested bidders; however, to the extent possible, all interested parties should be contacted to avoid confusion and/or interruption of the Sale Hearing.

# **<u>NOTICE TO BIDDERS</u>**

If you are present to bid at a sale hearing scheduled to be held in Courtroom D before The Honorable Jeffery A. Deller, please comply with the Zoom Video Conferencing procedures outlined below as all hearings are to be held by video conference until further notice.

- To participate in the sale hearing you must install the Zoom Video Conferencing Application ("Zoom") on your smartphone/tablet or install Zoom software on a Windows or Mac laptop/desktop.

- To access the Zoom sale hearing, using the device on which Zoom has been installed, go to: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Zoom Meeting ID: 160 0928 3473. You will be placed into a virtual "Waiting Room" until admitted into the hearing by the meeting host. To ensure you are admitted timely, please connect no later than ten (10) minutes prior to the scheduled sale hearing time.

For additional information, including how to install Zoom, please consult the *Notice of Temporary Modification of Procedures Before The Honorable Jeffery A. Deller for Matters Scheduled On or After January 1, 2021* located on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23972-JAD |
| Andrew Koteles | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

**Recip ID          Recipient Name and Address**
db             +  Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021              Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

**Name                          Email Address**

Anthony T. Kovalchick
    on behalf of Creditor Office of Attorney General Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com

Christopher P. Furman
    on behalf of Creditor Steve Levandosky cpfurman@gmail.com

Christopher P. Furman
    on behalf of Creditor Linda Levandosky cpfurman@gmail.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Joshua I. Goldman

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Dec 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Justin P. Schantz
   on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us
   colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Kevin Scott Frankel
   on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com, logsecf@logs.com

Neil J. Marcus
   on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus
   on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13