UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Andrew Koteles | Bankruptcy No. 17-23972-JAD |
| Andrew Koteles,<br>    Movant, | Chapter 13<br><br>Docket Document No. 154<br>Related to DD No. 148, 151 |
| v. | |
| Pennsylvania Department of Revenue, Steve and Linda Levandowsky, Internal Revenue Service, and Ronda J. Winnecour, Chapter 13 Trustee,<br>    Respondents | |

## CERTIFICATION OF NOTICE TO BIDDERS

AND NOW Justin P. Schantz, Esq., in his capacity as Counsel for the Debtor, hereby certifies that he has contacted the original offeror and/or any known potential bidders to provide the information required by this Court's Order at Dd No. 151, as well as a copy of the Notice to Bidders attached to said Order.

Respectfully submitted,

Date: January 3, 2022

/s/Justin P. Schantz
Justin P. Schantz, Esquire
PA I.D. # 210198
David A. Colecchia and Associates
324 S. Maple Avenue
Greensburg, PA 15601
(724) 837-2320
(724)-837-0602
jschantz@my-lawyers.us