UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Andrew Koteles<br><br>Andrew Koteles,<br>    Movant,<br><br>v.<br><br>Pennsylvania Department of Revenue, Steve and Linda Levandowsky, Internal Revenue Service, and Ronda J. Winnecour, Chapter 13 Trustee,<br>    Respondents | Bankruptcy No. 17-23972-JAD<br><br>Chapter 13<br><br>Docket Document No.<br>Related to DD No. 148 and 153 |

**STIPULATION AUTHORIZING SALE OF PROPERTY WITHOUT PUBLICATION**

AND NOW Debtor Andrew Koteles and Chapter 13 Trustee Ronda J. Winnecour, through their respective counsel, file the following stipulation concerning the pending Motion to Sell Real Property:

    1.    This stipulation relates to the Motion to Sell Real Property Free and Clear of Liens filed by the Debtor at docket document no. 148.

    2.    More specifically, the Debtor seeks to sell all of his rights in the real property located at 6231 Route 88, Union Township, Washington, PA 15332 (hereinafter the "Real Property"), as well as certain equipment therein (hereinafter the "Shop Equipment").

    3.    After review of the proposed sale price, all liens on the property, and the complete pool of unsecured creditors, the Debtor and the Chapter 13 Trustee agree that the net proceeds to be provided to the Trustee as part of the sale are sufficient to pay a 100% dividend to all priority and unsecured creditors who have filed valid claims.

4. To that end, pursuant to W.Pa.L.B.R. 6004-2, the Debtor and the chapter 13 Trustee hereby stipulate that the pending sale Motion does not require publication as otherwise would be necessary under W.Pa.L.B.R. 6004-1.

WHEREFORE, the Debtor and the Chapter 13 Trustee so stipulate.

Respectfully submitted,

Date: January 3, 2022

/s/Justin P. Schantz
Justin P. Schantz, Esquire
PA I.D. # 210198
David A. Colecchia and Associates
324 S. Maple Avenue
Greensburg, PA 15601
(724) 837-2320
(724)-837-0602
jschantz@my-lawyers.us

Office of the Chapter 13 Trustee
By: /s/ James C. Warmbrodt
James C. Warmbrodt, Esq.
PA I.D. 42524
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566

SO ORDERED.

Date: 1/3/2022

Jeffery A. Deller, U.S.B.J.    sjk

FILED
1/3/22 12:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23972-JAD |
| Andrew Koteles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 1 of 2 |
| Date Rcvd: Jan 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com |
| Christopher P. Furman | on behalf of Creditor Steve Levandosky cpfurman@gmail.com |
| Christopher P. Furman | on behalf of Creditor Linda Levandosky cpfurman@gmail.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Joshua I. Goldman | |

Case 17-23972-JAD    Doc 158    Filed 01/05/22    Entered 01/06/22 00:31:25    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 03, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Justin P. Schantz
on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us
colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Kevin Scott Frankel
on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com, logsecf@logs.com

Neil J. Marcus
on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus
on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13