UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Andrew Koteles | Bankruptcy No. 17-23972-JAD |
| | Chapter 13 |
| Andrew Koteles,<br>    Movant, | Docket Document No. 158<br>Related to DD No. 148, 157 |
| v. | |
| Pennsylvania Department of Revenue, Steve and Linda Levandowsky, Internal Revenue Service, and Ronda J. Winnecour, Chapter 13 Trustee,<br>    Respondents | |

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that I served the *Order Confirming Chapter 13 Sale of Property Free and Clear of Liens* at DOC 157 and this Certificate of Service on the parties at the addresses specified below or on the attached list on January 6, 2022.

    The type(s) of service made on the parties was:

**BY FIRST-CLASS MAIL:**

| |
|---|
| Washington County Tax Claim Bureau<br>ATTN: Debbie Bardella, Director<br>95 W. Beau Street<br>Suite 525<br>Washington, PA 15301 |
| Steve and Linda Levandosky<br>c/o Neil Marcus, Esq.<br>P.O. Box 652<br>Monongahela, PA 15063 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19191-7346 |
| Merrick P. Garland, Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |

| |
|---|
| Office of the U.S. Attorney, W.D.Pa.<br>U.S. Post Office and Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219 |
| Commonwealth of Pennsylvania Department of Revenue<br>Department 280946<br>Harrisburg, PA 17128-0946 |
| Ronda J. Winnecour, Chapter 13 Trustee<br>Suite 3250, U.S. Steel Building<br>600 Grant Street<br>Pittsburgh, PA 15219 |

**BY ELECTRONIC SERVICE THROUGH ECF:**

Kevin Scott Frankel on behalf of Creditor JPMORGAN CHASE BANK, N.A
pabk@logs.com, logsecf@logs.com

Christopher P. Furman on behalf of Creditor Linda Levandosky
cpfurman@gmail.com

Christopher P. Furman on behalf of Creditor Steve Levandosky
cpfurman@gmail.com

Joshua I. Goldman on behalf of Creditor JPMC Specialty Mortgage LLC
jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Anthony T. Kovalchick on behalf of Creditor Office of Attorney General, Pennsylvania Department of Revenue
akovalchick@attorneygeneral.gov

Jill Locnikar on behalf of Creditor United States of America Department of the Treasury, Internal Revenue Service
jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Neil J. Marcus on behalf of Creditor Linda Levandosky
neiljmarcus@comcast.net

Neil J. Marcus on behalf of Creditor Steve Levandosky
neiljmarcus@comcast.net

Brian Nicholas on behalf of Creditor JPMC Specialty Mortgage LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov


S. James Wallace on behalf of Creditor Peoples Natural Gas Company LLC
ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com



EXECUTED ON: January 6, 2022           /s/Justin P. Schantz
                                                            Justin P. Schantz, Esquire
                                                            David A. Colecchia and Associates
                                                            324 S. Maple Avenue
                                                            Greensburg, PA 15601
                                                            724-837-2320
                                                            724-837-0602-fax
                                                             jschantz@my-lawyers.us
                                                             PA ID 210198