TPA Form 010

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Andrew Koteles<br><br>Andrew Koteles,<br>       Movant,<br><br>v.<br><br>Pennsylvania Department of Revenue, Steve and Linda Levandowsky, Internal Revenue Service, and Ronda J. Winnecour, Chapter 13 Trustee,<br>       Respondents | Bankruptcy No. 17-23972-JAD<br><br>Chapter 13<br><br>Docket Document No.<br>Related to DD No. 148 |

## ORDER CONFIRMING CHAPTER 13 SALE OF PROPERTY FREE AND DIVESTED OF LIENS

**AND NOW**, this 5th *day of January, 2022*, on consideration of the *Debtor's Motion/Complaint for Sale of Property Free and Divested of Liens* to *Top Notch Automotive, LLC* for *$400,000*, after hearing held electronically via Zoom, this date, the Court finds:

(1)   That service of the *Notice of Hearing* and *Order* setting hearing on said *Motion/Complaint* for private sale of real property free and divested of liens of the above named Respondents, was effected on the following secured creditors whose liens are recited in said *Motion/Complaint* for private sale, viz:

**DATE OF SERVICE**          **NAME OF LIENOR AND SECURITY**

| | |
|---|---|
| 11/4/2021 | Washington County Tax Claim Bureau<br>ATTN: Debbie Bardella, Director<br>95 W. Beau Street<br>Suite 525<br>Washington, PA 15301<br>Sent via First-Class Mail<br>*Tax Liens, if any* |
| 11/4/2021 | Steve and Linda Levandosky<br>c/o Neil Marcus, Esq.<br>P.O. Box 652<br>Monongahela, PA 15063 |

1

|  |  | Sent via first-class mail |
| --- | --- | --- |
| 11/4/2021 |  | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19191-7346<br>Sent via first-class mail<br>*Federal Tax Lien* |
| 11/4/2021 |  | Merrick P. Garland, Attorney General of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>Sent via first-class mail<br>*Federal Tax Lien of IRS* |
| 11/4/2021 |  | Office of the U.S. Attorney, W.D.Pa.<br>U.S. Post Office and Courthouse<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219<br>Sent via First Class Mail<br>*Federal Tax Lien of IRS* |
| 11/4/2021 |  | Commonwealth of Pennsylvania Department of Revenue<br>Department 280946<br>Harrisburg, PA 17128-0946<br>Sent via First Class Mail<br>*Pennsylvania tax lien* |
| 11/4/2021 |  | Ronda J. Winnecour, Chapter 13 Trustee<br>Suite 3250, U.S. Steel Building<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Sent via first-class mail |

(2)    That sufficient general notice of said hearing and sale, together with the confirmation hearing thereon, was given to the creditors and parties in interest by the moving party as shown by the certificate of service filed and that the named parties were served with the Motion/Complaint.

(3)    That said sale hearing was not advertised pursuant to W.PA.L.B.R. 6004-2, and a stipulation between the debtor and the Chapter 13 Trustee has been served on all parties pursuant to W.PA.L.B.R. 6004-2.

(4)    That at the sale hearing the highest/best offer received was that of the above Purchaser(s) and no objections to the sale were made which would result in cancellation of said sale.

(5)    That the price of $*400,000* offered by *Top Notch Automotive, LLC* was a full and fair price for the property in question.

(6)    That the Purchaser(s) has acted in good faith with respect to the within sale

2

in accordance with *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F2d. 143 (3d Cir. 1986).

***NOW THEREFORE***, it is hereby **ORDERED, ADJUDGED AND DECREED** that the sale by Special Warranty deed of the real property described as 6231 Route 88, Union Township, Washington, PA 15332, as well as certain equipment therein, is hereby **CONFIRMED** to <u>*Top Notch automotive, LLC*</u>  for $400,000, free and divested of the above recited liens and claims, and, that the Movant/Plaintiff is authorized to make, execute and deliver to the Purchaser(s) above named the necessary deed and/or other documents required to transfer title to the property purchased upon compliance with the terms of sale;

IT IS FURTHER ORDERED that the liens, claims and interests of all Respondents, including but not limited to Steve and Linda Levandosky, the Internal Revenue Service, and the commonwealth of Pennsylvania Department of Revenue, be, and they hereby are divested from the property being sold, if and to the extent they may be determined to be valid liens against the sold property, and transferred to the proceeds of sale, and that the within decreed sale shall be free, clear and divested of said liens, claims and interests;

FURTHER ORDERED that after due notice to the claimants, lien creditors, and interest holders, and no objection on their parts having been made or, if made, resolved/overruled, the incidental and related costs of sale and of the within bankruptcy proceeding, shall be paid in advance of any distribution to said lien creditors.

It is **FURTHER ORDERED**, that the following expenses/costs shall immediately be paid at the time of closing. *Failure of the Closing Agent to timely make and forward the disbursements required by this Order will subject the Closing Agent to monetary sanctions*, including among other things, a fine or the imposition of damages, after notice and hearing, for failure to comply with the above terms of this Order.

(1) The following lien(s)/claim(s) and amounts: <u>Steve and Linda Levandosky, totaling $57,607.46,</u>
(2) Delinquent real estate taxes, if any;
(3) Current real estate taxes, pro-rated to the date of closing;
(4) The costs of local newspaper advertising in the amount of $<u>N/A</u>;
(5) The costs of legal journal advertising in the amount of $<u>N/A</u>;
(6) The Court approved realtor commission in the amount of $<u>N/A</u>;
(7) Costs advanced by Debtor's Counsel totaling $588;
(8) Court approved attorney fees in the amount of $<u>N/A</u>;
(9) Chapter 13 Trustee "percentage fees" in the amount of $<u>  1,257.21  </u> payable to "*Ronda J. Winnecour, Ch. 13 Trustee, P.O. Box 2587, Pittsburgh, PA. 15230*";
(10) All other necessary settlement fees and closing costs chargeable to the Debtor, totaling $<u>   n/a   </u>;
(11) Payment of the following liens/claims, in the order provided:
    1. Payment of the claim of Commonwealth of Pennsylvania up to $366.90;
    2. Payment of the claim of the Internal Revenue Service up to

3

$3,340.73;

(12) The "net proceeds" from the closing as identified on the HUD-1, if any, to the Chapter 13 Trustee payable to "*Ronda J. Winnecour, Ch. 13 Trustee,* P.O.Box 84051, Chicago, IL 60689-4002";

(13) Other: After the Chapter 13 Trustee has paid all priority and unsecured creditors in full, the remaining balance refunded to the Debtor.

It is **FURTHER ORDERED** that:

(1) The Movant/Plaintiff shall serve a copy of the within *Order* on each Respondent/Defendant (i.e., eachparty against whom relief is sought) and its attorney of record, if any, uponany attorney or party who answered the motion or appeared at the hearing,the attorney for the debtor, the Purchaser, and the attorney for the Purchaser, if any, and file a Certificate of Service.

(2) ***Closing shall occur within thirty (30) days of this Order***.

(3) ***Within seven (7) days following closing,*** the Movant/Plaintiff shall file a ***Report of Sale*** which shall include a copy of the HUD-1 or other Settlement Statement; and,

(4) This *Sale Confirmation Order* survives any dismissal or conversion of the within case.

_____ sjk
Jeffery A. Deller, Judge
United States Bankruptcy Court

FILED
1/5/22 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-23972-JAD
Andrew Koteles Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 2
Date Rcvd: Jan 05, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

**Name**     **Email Address**

Anthony T. Kovalchick
    on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com

Christopher P. Furman
    on behalf of Creditor Steve Levandosky cpfurman@gmail.com

Christopher P. Furman
    on behalf of Creditor Linda Levandosky cpfurman@gmail.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Joshua I. Goldman

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Justin P. Schantz
    on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com, logsecf@logs.com

Neil J. Marcus
    on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus
    on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13