IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Andrew Koteles,<br>　　　　　Debtor,<br>Chase Mortgage Holdings, Inc.<br>　　　　　Movant,<br>　　v.<br>Andrew Koteles.<br>　　　　　Respondent, | Case No. 17-23972-JAD<br>Chapter 13<br>DD No.<br>Related to DD No. 168 |

**ORDER OF COURT**

AND NOW, this \_\_\_\_18th\_\_\_\_ day of \_\_\_\_February\_\_\_\_, 2022, upon consideration of the Debtors' Motion to Extend Time to Respond to the Notice of Mortgage Payment Change, it is hereby ORDERED that Debtors' Motion is GRANTED.

Debtor shall respond to the Notice of Mortgage Payment Change on or before \_\_\_\_March 11\_\_\_\_, 2022\_.

BY THE COURT:

_____ sjk

Jeffery A. Deller, Judge

FILED
2/18/22 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Andrew Koteles  
    Debtor

Case No. 17-23972-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Feb 18, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony T. Kovalchick | on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue akovalchick@attorneygeneral.gov |
| Brian Nicholas | on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com |
| Christopher P. Furman | on behalf of Creditor Steve Levandosky cpfurman@gmail.com |
| Christopher P. Furman | on behalf of Creditor Linda Levandosky cpfurman@gmail.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Joshua I. Goldman | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Justin P. Schantz
    on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us
    colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;jmonroe@my-lawyers.us;skerr@my-lawyers.us

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK   N.A pabk@logs.com, logsecf@logs.com

Neil J. Marcus
    on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus
    on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 13