**Fill in this information to identify the case:**

Debtor 1     Andrew Koteles

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA
                                             (State)

Case number: 17-23972-JAD

Official Form 4100R

# Response to Final Cure Payment        10/15

**According to Bankruptcy Rule 3002.1(g), the creditor response to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** JPMorgan Chase Bank, N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC

**Court Claim no.** (if known) 7

**Last 4 digits of any number you use to identify the debtor's account:** XXXXXX4683

**Property address:** 130 Demar Boulevard
Number     Street

Canonsburg, PA 15317
City     State     Zip Code

## Part 2: Prepetition Default Payments

*Check One: AS OF 2/21/2022*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:

## Part 3: Postpetition Mortgage Payment

*Check One: AS OF 2/21/2022*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor is on:     05/01/2022
                                                   MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:     (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:     (b) $ _____

**c. Total.** Add lines a and b.     (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:     __/__/____
                                                   MM / DD / YYYY

Debtor 1    Andrew Koteles
            First Name    Middle Name    Last Name

Case number: 17-23972-JAD

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X    /s/ Lily C. Calkins           Date: 02/24/2022
     Signature

**Print:**
         Lily          Christina        Calkins
         First Name    Middle Name      Last Name

Company   LOGS Legal Group LLP

Address   3600 Horizon Drive, Suite 150
          Number        Street
          King of Prussia, PA 19406
          City                    State    ZIP Code

Contact phone   (610) 278-6800

Title: Attorney for and on behalf of JPMorgan Chase Bank, N.A. (as servicer for creditor)

Email   logsecf@logs.com

## Certificate of Service

I hereby certify that a copy of the foregoing Response to Notice of Final Cure was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 02/24/2022

Justin P. Schantz, Esquire
324 S. Maple Avenue, 2nd Floor
Greensburg, PA 15601

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Andrew Koteles
130 Demar Boulevard
Canonsburg, PA 15317

/s/ Lily C. Calkins

Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com