UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Andrew Koteles | Bankruptcy No. 17-23972-JAD |
| | Chapter 13 |
| Andrew Koteles,<br>    Movant, | Docket Document No. 176<br>Related to DD No. 174, 175 |
| v. | |
| Pennsylvania Department of Revenue, Steve and Linda Levandowsky, Internal Revenue Service, and Ronda J. Winnecour, Chapter 13 Trustee,<br>    Respondents | |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Motion for Status Conference and Motion for Expedited hearing, all Exhibits thereto, all Proposed Orders, and a Notice of Hearing with Response Deadline on the parties specified below through the following methods:

The type(s) of service made on the parties was:

DIRECT EMAIL OUTSIDE THE ECF SYSTEM:

Office of the Chapter 13 Trustee, via Owen Katz, Esq. okatz@chapter13trusteewdpa.com

Commonwealth of Pennsylvania Department of Revenue, via Carol E. Momjian, Esq., Senior Deputy Attorney General-in-Charge, Financial Enforcement Section, PA Office of Attorney General - cmomjian@attorneygeneral.gov

Robert B. Brown, Esq., Counsel for Lender for Buyer - rbb@sgkpc.com

Linda Levandosky, via counsel Neil J. Marcus, Esq., - neiljmarcus@comcast.net

Internal Revenue Service, via Jill Locnikar, Esq., US Department of Justice - Jill.Locnikar@usdoj.gov

| | |
|---|---|
| EXECUTED ON: March 1, 2022 | /s/Justin P. Schantz<br>  Justin P. Schantz, Esquire<br>  David A. Colecchia and Associates<br>  324 S. Maple Avenue, Greensburg, PA 15601<br>  724-837-2320<br>  jschantz@my-lawyers.us<br>   PA ID 210198 |