UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Andrew Koteles | Bankruptcy No. 17-23972-JAD |
| | Chapter 13 |
| Andrew Koteles and Linda Levandowsky, Movants, | Docket Document No. Related to DD No. 180 |
| v. | |
| No Respondents | |

**STIPULATION CONCERNING CLAIM NO. 5 of STEVE AND LINDA LEVANDOWSKY**

AND NOW, this 11th day of May, 2022, the Debtor and the Linda Levandowsky, through their respective counsel, hereby agree and stipulate as follows:

1. Steve and Linda Levandowsky are the record holders of Claim No. 5, secured in part by Debtor's real property at 6231 Route 88, Finleyville, PA 15332.

2. Steve Levandosky passed away in 2021, and his wife Linda inherited all of his interests in real and personal property.

3. As of the sate of this stipulation Linda Levandosky as the sole holder of Claim No. 5.

4. Previously, this Court authorized the sale of the real property located at 6231 Route 88.

5. Closing has occurred on that sale of real property.

6. Through that sale, Linda Levandosky received through closing funds sufficient to fully pay her claim at Claim No. 5.

7. Therefore, the Movants, through their counsel, hereby STIPULATE and AGREE that Claim No. 5, held by Linda Levandosky, is PAID IN FULL.

8. The Office of the Chapter 13 Trustee is not required to make any additional payments to Linda Levandosky on any part of Claim No. 5, and said claim may be marked as fully paid.

WHEREFORE, the Movants so stipulate.

RESPECTFULLY SUBMITTED,

Justin Schantz, Esquire
Attorney for Andrew Koteles

Neil J. Marcus, Esquire
Attorney for Steve & Linda Levandosky

5/11/2022         SO ORDERED.

sjk
Jeffery A. Deller, U.S. Bankruptcy Judge

FILED
5/11/22 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23972-JAD |
| Andrew Koteles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2022           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com |
| Christopher P. Furman | on behalf of Creditor Steve Levandosky cpfurman@gmail.com |
| Christopher P. Furman | on behalf of Creditor Linda Levandosky cpfurman@gmail.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Joshua I. Goldman | on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com |
| Justin P. Schantz | on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com, logsecf@logs.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue lmichaels@attorneygeneral.gov

Lily Christina Calkins
    on behalf of Creditor JPMorgan Chase Bank  N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC logsecf@logs.com, cistewart@logs.com;lcalkins@logs.com

Neil J. Marcus
    on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus
    on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 14