**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ANDREW KOTELES <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:17-23972 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/03/2017 and confirmed on 2/5/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 601,259.69 |
| Less Refunds to Debtor | 213,614.56 | |
| TOTAL AMOUNT OF PLAN FUND | | 387,645.13 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,810.00 | |
|    Trustee Fee | 17,816.70 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,626.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   JPMC SPECIALTY MORTGAGE LLC | 0.00 | 44,436.79 | 0.00 | 44,436.79 |
|     Acct: 4683 | | | | |
|   JPMC SPECIALTY MORTGAGE LLC | 5,310.57 | 5,310.57 | 0.00 | 5,310.57 |
|     Acct: 4683 | | | | |
|   STEVE AND LINDA LEVANDOSKY | 191,191.36 | 191,191.36 | 6,165.17 | 197,356.53 |
|     Acct: 5982 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,983.94 | 1,983.94 | 258.86 | 2,242.80 |
|     Acct: 4860 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4860 | | | | |
|   INTERNAL REVENUE SERVICE* | 18,064.59 | 18,064.59 | 2,571.49 | 20,636.08 |
|     Acct: 5892 | | | | |
| | | | | 269,982.77 |
| **Priority** | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW KOTELES | 100,000.00 | 100,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW KOTELES | 113,614.56 | 113,614.56 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY GOLEMBIEWSKI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY GOLEMBIEWSKI ESQ++ | 1,810.00 | 1,810.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 17,248.50 | 17,248.50 | 0.00 | 17,248.50 |
|     Acct: 4860 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4860 | | | | |
|   RONDA J WINNECOUR PA ID #30399** | 1,257.21 | 1,257.21 | 0.00 | 1,257.21 |
|     Acct: $/OE | | | | |
| | | | | 18,505.71 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 107.67 | 107.67 | 0.00 | 107.67 |
|       Acct: 7588 | | | | |
|     PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5962 | | | | |
|     PA DEPARTMENT OF REVENUE* | 32,781.78 | 32,781.78 | 0.00 | 32,781.78 |
|       Acct: 5892 | | | | |
|     CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 2148 | | | | |
|     INTERNAL REVENUE SERVICE* | 46,452.50 | 46,452.50 | 0.00 | 46,452.50 |
|       Acct: 5892 | | | | |
|     KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 774 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5892 | | | | |
|     PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5892 | | | | |
|     ASHLEY FUNDING SERVICES LLC - ASSIG | 188.00 | 188.00 | 0.00 | 188.00 |
|       Acct: 169A | | | | |
|     STEVE AND LINDA LEVANDOSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: 5892 | | | | |
|     STEVE AND LINDA LEVANDOSKY | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     COMMONWEALTH OF PENNSYLVANIA** | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     CRAIG D KOTELES | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     KIMBERLY KOTELES | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
|     NEIL J MARCUS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|       Acct: | | | | |
| | | | | 79,529.95 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 368,018.43 |

TOTAL CLAIMED
  PRIORITY        18,505.71
  SECURED      216,550.46
  UNSECURED    79,529.95

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ANDREW KOTELES

Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:17-23972 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23972-JAD |
| Andrew Koteles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |
| cr | + | Office of Attorney General, Pennsylvania Departmen, Office of Attorney General, 5th Floor, Manor Complex, 564 Forbes Avenue, Pittsburgh, PA 15219-2992 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14704093 | | Commonwealth of Pennsylvania, Department of Revenue, Harrisburg, PA 17203 |
| 14704094 | + | Craig Dean Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |
| 14704095 | + | Internal Revenue Service, P.O. Box 682, Pittsburgh, PA 15230-0682 |
| 14704096 | + | Kimberly Koteles, 130 Demar Avenue, Canonsburg, PA 15317-2216 |
| 14704097 | + | Steve and Lida Levandowsky, P.O. Box 6, Finleyville, PA 15332-0006 |
| 14704098 | + | Steve and Linda Levandowsky, P.O. Box 6, Finleyville, PA 15332-0006 |
| 14704099 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14790036 | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 00:01:37 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14826017 | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 00:01:31 | JPMC Specialty Mortgage LLC, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14712754 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 25 2022 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14720449 | + Email/Text: ebnpeoples@grblaw.com | May 25 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMC Specialty Mortgage LLC |
| cr | | JPMORGAN CHASE BANK, N.A |
| cr | | JPMorgan Chase Bank, N.A. as servicer for Chase Mo |
| cr | | Linda Levandosky |
| cr | | Steve Levandosky |
| 14704092 | | Chase Mortgage, 4615 Vision Drive, Mason, OH |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 14 |

TOTAL: 6 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022                   Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com

Christopher P. Furman
    on behalf of Creditor Linda Levandosky cpfurman@gmail.com

Christopher P. Furman
    on behalf of Creditor Steve Levandosky cpfurman@gmail.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Joshua I. Goldman
    on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com

Justin P. Schantz
    on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us

Kevin Scott Frankel
    on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com, logsecf@logs.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue lmichaels@attorneygeneral.gov

Lily Christina Calkins
    on behalf of Creditor JPMorgan Chase Bank  N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC logsecf@logs.com, lcalkins@logs.com

Neil J. Marcus
    on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net

Neil J. Marcus
    on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 14