

June 29, 2022

US Bankruptcy Court
Western District of Pennsylvania (Pittsburgh)

Re: Koteles, Andrew, Case 17-23972
Notice to Withdraw Proof of Claim

Please withdraw proof of claim 2 as it is filed in error. Claim 1-3 was recently filed to reflect amended personal income tax returns that were filed by the debtor.

Thank you


/s/ Patrick M. Miller

**Patrick M. Miller** | Bankruptcy Supervisor
PA Department of Revenue
Bureau of Compliance
4th and Walnut St. | Harrisburg, PA 17128
Phone: (717)783-6256
E-mail: patrickmi@pa.gov
www.revenue.state.pa.us