**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Modified**
**DEFAULT O/E JAD**

| | |
|---|---|
| IN RE:<br>ANDREW KOTELES<br><br>            Debtor(s)<br><br>Ronda J. Winnecour<br>           Movant<br>      vs.<br>No Repondents. | Case No.:17-23972 JAD<br><br>Chapter 13<br><br>Document No.: 183 |

FILED
6/29/22 2:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __29th__ day of __June__, 20__22__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

(7) The Debtor(s) SHALL FILE his/her Financial Management Course Certificate And Certificate Of Discharge Eligibility by __7/20/2022__ or sanctions may be imposed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

jsf

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23972-JAD |
| Andrew Koteles | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |
| cr | + | Office of Attorney General, Pennsylvania Departmen, Office of Attorney General, 5th Floor, Manor Complex, 564 Forbes Avenue, Pittsburgh, PA 15219-2992 |
| cr | | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 14704093 | | Commonwealth of Pennsylvania, Department of Revenue, Harrisburg, PA 17203 |
| 14704094 | + | Craig Dean Koteles, 130 Demar Boulevard, Canonsburg, PA 15317-2216 |
| 14704095 | + | Internal Revenue Service, P.O. Box 682, Pittsburgh, PA 15230-0682 |
| 14704096 | + | Kimberly Koteles, 130 Demar Avenue, Canonsburg, PA 15317-2216 |
| 14704097 | + | Steve and Lida Levandowsky, P.O. Box 6, Finleyville, PA 15332-0006 |
| 14704098 | + | Steve and Linda Levandowsky, P.O. Box 6, Finleyville, PA 15332-0006 |
| 14704099 | + | Washington Hospital, 155 Wilson Avenue, Washington, PA 15301-3398 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14790036 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2022 23:59:22 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14826017 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 29 2022 23:59:26 | JPMC Specialty Mortgage LLC, c/o Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 14712754 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14720449 | + Email/Text: ebnpeoples@grblaw.com | Jun 29 2022 23:47:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMC Specialty Mortgage LLC |
| cr | | JPMORGAN CHASE BANK, N.A |
| cr | | JPMorgan Chase Bank, N.A. as servicer for Chase Mo |
| cr | | Linda Levandosky |
| cr | | PA Department Of Revenue |
| cr | | Steve Levandosky |
| 14704092 | | Chase Mortgage, 4615 Vision Drive, Mason, OH |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 29, 2022 | Form ID: pdf900 | Total Noticed: 14 |

TOTAL: 7 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2022          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMC Specialty Mortgage LLC bnicholas@kmllawgroup.com |
| Christopher P. Furman | on behalf of Creditor Linda Levandosky cpfurman@gmail.com |
| Christopher P. Furman | on behalf of Creditor Steve Levandosky cpfurman@gmail.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Joshua I. Goldman | on behalf of Creditor JPMC Specialty Mortgage LLC jgoldman@kmllawgroup.com  angelica.reyes@padgettlawgroup.com |
| Justin P. Schantz | on behalf of Debtor Andrew Koteles jschantz@my-lawyers.us colecchia542@comcast.net;office@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;rjuliano@my-lawyers.us |
| Kevin Scott Frankel | on behalf of Creditor JPMORGAN CHASE BANK  N.A pabk@logs.com, logsecf@logs.com |
| Lauren Michaels | on behalf of Creditor Office of Attorney General  Pennsylvania Department of Revenue lmichaels@attorneygeneral.gov |
| Lily Christina Calkins | on behalf of Creditor JPMorgan Chase Bank  N.A. as servicer for Chase Mortgage Holdings, Inc. s/b/m to JPMC Specialty Mortgage LLC logsecf@logs.com, lcalkins@logs.com |
| Neil J. Marcus | on behalf of Creditor Linda Levandosky neiljmarcus@comcast.net |
| Neil J. Marcus | on behalf of Creditor Steve Levandosky neiljmarcus@comcast.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 14