IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Andrew Koteles,<br>　　　　Debtor, | Case No. 17-23972-JAD<br>Chapter 13<br>Docket Document No. 193<br>Related to DD No. 191 |

## **STATUS REPORT CONCERNING CERTIFICATION OF DISCHARGE ELIGIBILITY**

AND NOW Attorney Justin P. Schantz, in his capacity as Counsel for the Debtor, files the within Status Report concerning the Certification of Discharge Eligibility.

1. At present, the Certification is due on or before July 20, 2022.

2. As part of that requirement, the Debtor (through Counsel) must certify the financial management course has been completed, and a certificate of same filed.

3. At this time, neither a Certification of Discharge Eligibility nor a Financial Management certificate have been filed as the Debtor has not yet completed his financial management course.

4. After a month of attempting to re-establish contact with the Debtor to ensure completion of this course, through both telephone and written mail, the undersigned Counsel was able to re-establish contact with the Debtor on Monday.

5. The Debtor indicated that he was having substantial issues with his telephone, and he also has no email address or other online presence to speak of.

6. Counsel has directed the Debtor to complete the financial management course immediately, and Counsel has provided the Debtor information for multiple servicers to do so.

7. Staff for the undersigned Counsel also are attempting to maintain regular contact with the Debtor to ensure this is completed, and the Debtor indicated he would be completing the course today.

8. Assuming the Course is completed today, Counsel will immediately file a certification of financial management course, followed by a certificate of discharge eligibility.

9. Counsel for the Debtor has already confirmed all aspects of the Certification of Discharge Eligibility apart from the financial management course.

WHEREFORE, Counsel for the Debtor so reports.

Date: July 20, 2022

Respectfully submitted,
/s/Justin P. Schantz
Justin P. Schantz, Esquire
PA I.D. # 210198
David A. Colecchia and Associates
324 S. Maple Avenue
Greensburg, PA 15601
(724) 837-2320
(724)-837-0602
jschantz@my-lawyers.us