# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Bankruptcy No. 17-23972-JAD

    Andrew Koteles                          Chapter 13

        Debtor,

<u>NOTICE OF</u>
<u>CHANGE OF ADDRESS</u>

Undeliverable Address

    Creditor Name:         Office of the Attorney General, Pennsylvania Departmen
    Incorrect Address:     Office of the Attorney General
                      5th Floor, Manor Complex
                      564 Forbes Avenue
                      Pittsburgh, PA 15219-2992

Corrected Address:

    Creditor Name:         Office of the Attorney General
    Correct Address:       1251 Waterfront Place
                      Mezzanine Level
                      Pittsburgh, PA 15222

                                        <u>/s/Justin P. Schantz, Esquire</u>

Dated: July 25, 2022                            Electronic Signature of Debtor(s)' Attorney
                                          Law Care
                                        David A. Colecchia and Associates
                                        324 South Maple Ave.
                                        Greensburg, PA 15601
                                        724-837-2320
                                        PA Bar I.D. 210198
                                        jschantz@my-lawyers.us