# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:   　　　　　　　　　　　　　　　　Bankruptcy No. 17-23972-JAD
    Andrew Koteles　　　　　　　　　　　　Chapter 13
        Debtor,

## NOTICE OF
## CHANGE OF ADDRESS

Undeliverable Address

    Creditor Name:　　　Internal Revenue Service
    Incorrect Address:　P.O. Box 682
    　　　　　　　　　　Pittsburgh, PA 15230

Corrected Address:

    Creditor Name:　　　Internal Revenue Service
    Correct Address:　　William S. Moorhead Building
    　　　　　　　　　　1000 Liberty Avenue
    　　　　　　　　　　Pittsburgh, PA 15222

    　　　　　　　　　　　　　　　　　　　　/s/Justin P. Schantz, Esquire
Dated: July 30, 2022　　　　　　　　　　　Electronic Signature of Debtor(s)' Attorney
    　　　　　　　　　　　　　　　　　　　　Law Care
    　　　　　　　　　　　　　　　　　　　　David A. Colecchia and Associates
    　　　　　　　　　　　　　　　　　　　　324 South Maple Ave.
    　　　　　　　　　　　　　　　　　　　　Greensburg, PA 15601
    　　　　　　　　　　　　　　　　　　　　724-837-2320
    　　　　　　　　　　　　　　　　　　　　PA Bar I.D. 210198
    　　　　　　　　　　　　　　　　　　　　jschantz@my-lawyers.us