**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ANDREW KOTELES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-23972 JAD<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

 1.  The case was filed on 10/03/2017  and confirmed on 02/05/2018 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

 2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 601,259.69 |
| Less Refunds to Debtor | 225,185.65 | |
| TOTAL AMOUNT OF PLAN FUND | | 376,074.04 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,810.00 | |
|     Trustee Fee | 17,816.70 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 19,626.70 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   JPMC SPECIALTY MORTGAGE LLC | 0.00 | 44,436.79 | 0.00 | 44,436.79 |
|     Acct: 4683 | | | | |
|   JPMC SPECIALTY MORTGAGE LLC | 5,310.57 | 5,310.57 | 0.00 | 5,310.57 |
|     Acct: 4683 | | | | |
|   STEVE AND LINDA LEVANDOSKY | 191,191.36 | 191,191.36 | 6,165.17 | 197,356.53 |
|     Acct: 5982 | | | | |
|   PA DEPARTMENT OF REVENUE* | 1,983.94 | 1,983.94 | 258.86 | 2,242.80 |
|     Acct: 4860 | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4860 | | | | |
|   INTERNAL REVENUE SERVICE* | 18,064.59 | 18,064.59 | 2,571.49 | 20,636.08 |
|     Acct: 5892 | | | | |
| | | | | 269,982.77 |
| Priority | | | | |
|   JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ANDREW KOTELES | 100,000.00 | 100,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 17-23972 JAD | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| ANDREW KOTELES | 113,614.56 | 113,614.56 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW KOTELES | 11,571.09 | 11,571.09 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY GOLEMBIEWSKI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY GOLEMBIEWSKI ESQ++ | 1,810.00 | 1,810.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JUSTIN P SCHANTZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 17,248.50 | 17,248.50 | 0.00 | 17,248.50 |
| Acct: 4860 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4860 | | | | |
| RONDA J WINNECOUR PA ID #30399** | 1,257.21 | 1,257.21 | 0.00 | 1,257.21 |
| Acct: $/OE | | | | |
| | | | | 18,505.71 |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 107.67 | 107.67 | 0.00 | 107.67 |
| Acct: 7588 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5962 | | | | |
| PA DEPARTMENT OF REVENUE* | 21,210.69 | 21,210.69 | 0.00 | 21,210.69 |
| Acct: 5892 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2148 | | | | |
| INTERNAL REVENUE SERVICE* | 46,452.50 | 46,452.50 | 0.00 | 46,452.50 |
| Acct: 5892 | | | | |
| KEYSTONE MUNIC COLLECTIONS** NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 774 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5892 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5892 | | | | |
| ASHLEY FUNDING SERVICES LLC - ASSIG | 188.00 | 188.00 | 0.00 | 188.00 |
| Acct: 169A | | | | |
| STEVE AND LINDA LEVANDOSKY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5892 | | | | |
| STEVE AND LINDA LEVANDOSKY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMMONWEALTH OF PENNSYLVANIA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CRAIG D KOTELES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KIMBERLY KOTELES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NEIL J MARCUS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 67,958.86 |
| **TOTAL PAID TO CREDITORS** | | | | 356,447.34 |

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 18,505.71 |
| SECURED | 216,550.46 |
| UNSECURED | 67.958.86 |

Date: 08/16/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com